ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Rock Industries, Inc. | )   ASBCA No.   62436 |
| | ) |
| Under Contract No.   W56HZV-13-C-L502 | ) |

APPEARANCE FOR THE APPELLANT:          Robert G. Ruggieri, Esq.
                                                              Cohen Seglias Pallas Greenhall & Furman PC
                                                              Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                              Army Chief Trial Attorney
                                                              CPT Philip L. Aubart, JA
                                                              Harry M. Parent III, Esq.
                                                              Trial Attorneys

ORDER OF DISMISSAL

The Board docketed this appeal on March 12, 2020.  By motion dated August 4, 2020, the government moved to dismiss the appeal for lack of jurisdiction.  On September 3, 2020, appellant moved for voluntary dismissal of the appeal without prejudice.  The government consents to appellant's request.  Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated:  September 9, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62436, Appeal of Rock Industries, Inc., rendered in conformance with the Board's Charter.

Dated:  September 9, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals